# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner<br>Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| <u>MANHATTAN</u><br>40 Fulton Street, 23rd Floor<br>New York, New York 10038<br>Telephone: (212) 349-9000<br>Facsimile: (212) 349-9003<br>E-mail: ed@saponepetrillo.com | <u>LONG ISLAND</u><br>1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: william@saponepetrillo.com |

September 1, 2021

Hon. Loretta A. Preska
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States of America v. Andrew Seibert*
       Indictment No.: 16-CR-64

Dear Judge Preska,

I am CJA counsel to Defendant Andrew Seibert. I write to respectfully ask Your Honor to adjourn tomorrow's 12:00 p.m. conference. My wife will be in the hospital tomorrow and I am unable to attend the conference. I anticipate a resolution between the parties on the next date. I am asking for a two-week adjournment to this Friday, September 3, 2021 at 12:00 p.m., or any further date convenient to the Court.

I have spoken to the government by A.U.S.A. Jason Richman who does not object to this request.

As always, Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

cc: A.U.S.A. Jason Richman
    A.U.S.A. Gina Castellano
    A.U.S.A. Jordan Estes

The conference is adjourned to September 24, 2021 at 11:00 a.m.   SO ORDERED.

*Loretta A. Preska*   9/2/2021