# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Michael Vitaliano, Esq., Associate

**MANHATTAN**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

September 30, 2021

Hon. Loretta A. Preska
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Andrew Seibert*
Indictment No.: 16-CR-64

Dear Judge Preska,

I am CJA counsel to Defendant Andrew Seibert. Mr. Seibert's sentencing memorandum was due yesterday. I write to respectfully request a two-day extension (to tomorrow 10/1) to file Mr. Seibert's memorandum. My wife is still recovering from surgery. Her recovery has been interrupted by complications which has required. me to take her to the hospital to undergo days of testing.

I have communicated with the government by A.U.S.A. Jason Richman. The government does not object to this request.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

9/30/21

As always, Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone

cc: A.U.S.A. Jason Richman
    A.U.S.A. Gina Castellano
    A.U.S.A. Jordan Estes